**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01522-CR

### EX PARTE KEITH D. ROANE

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-86164-04**

## ORDER

Appellant's May 14, 2013 motion seeking to transfer the record from his previous appeal to the current appeal is **GRANTED** to the extent of the following relief.

We **DIRECT** the Clerk to transfer the reporter's record filed with the Clerk on September 25, 2009 from cause no. 05-09-00927-CR styled *Keith Douglas Roane v. The State of Texas* into cause no. 05-12-01522-CR.

We **DIRECT** the Clerk to file a copy of this order among the papers in cause no. 05-09-00927-CR.

The State's brief shall be due **THIRTY DAYS** from the date of this order.

The appeal will be set for submission in due course.

/s/      DAVID L. BRIDGES
         JUSTICE